UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RANDY DALE MITCHELL, | No. 2:15-cv-1029 AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| S. TSENG, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On May 22, 2015, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis. ECF No. 6. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a complete copy of his certified prison trust account statement for the six month period immediately preceding the filing of the complaint.[1] See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a complete copy of his certified statement in support of his application to proceed in forma pauperis. He will not be required to file another application to proceed in forma pauperis. Plaintiff is advised that failure to comply with this order will result in denial of his application to proceed in forma pauperis and a recommendation that his action be dismissed without prejudice.

---

[1] The court has only received the first page of the certified statement showing the period of time covered by the statement. ECF No. 7 at 3. The actual statement is not attached.

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a complete copy of his certified prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 3, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE